| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| MICHAEL N. FEUER, CITY ATTORNEY (SBN 111529)<br>TINA HESS, Assistant City Attorney (SBN 143900)<br>WENDY A. LOO, Deputy City Attorney (SBN 176587)<br>JESSICA BROWN, Deputy City Attorney (SBN 211642)<br>LOS ANGELES OFFICE OF THE CITY ATTORNEY<br>200 North Main Street, Suite 920<br>Los Angeles, California 90012<br>Tel: (213) 978-7750<br>Facsimile: (213) 978-7711<br>wendy.loo@lacity.org | |

☐ *Individual appearing without attorney*
☒ *Attorney for:* Plaintiff the People of the State of CA

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br>NO SUNG PAK dba PAK'S CABINETS; JUNG JA PAK;<br><br>Debtor(s). | CASE NO.: 1:14-bk-13987-AA<br><br>ADVERSARY CASE NO.: 1:14-ap-01201-AA<br><br>CHAPTER: 7 |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA;<br><br>Plaintiff(s).<br>vs.<br>NO SUNG PAK dba PAK'S CABINETS; JUNG JA PAK;<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**LBR 7016-1(a)(2)**<br><br>DATE: 02/25/2015<br>TIME: 10:30 am<br>COURTROOM: 303<br>PLACE: U.S. Bankruptcy Court<br>    21041 Burbank Blvd.<br>    Woodland Hills, CA 91367 |

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE: ALAN M. AHART

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

A. **PLEADINGS/SERVICE:**

  1. Have all parties been served?  ☒ Yes  ☐ No
  2. Have all parties filed and served answers to the complaint/counter-complaints/etc.?  ☐ Yes  ☒ No
  3. Have all motions addressed to the pleadings been resolved?  ☐ Yes  ☒ No
  4. Have counsel met and conferred in compliance with LBR 7026-1?  ☒ Yes  ☐ No

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                          Page 1                                    F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything *other* than an unqualified "YES," then please explain below (*or on attached page*):
   Defendant No Sung Pak filed and served an answer to the Complaint on January 16, 2015. Defendant Jung Ja Pak has not filed or served a responsive pleading to date. Defendants are in pro se.

B. **READINESS FOR TRIAL**:

   1. When will you be ready for trial in this case?

      | Plaintiff | Defendant |
      |---|---|
      | 11/02/2015 | 11/02/2015 |

   2. If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.

      | Plaintiff | Defendant |
      |---|---|
      | Extensive discovery in this action as well as in the Enforcement Action may take many months to complete. See comments below. | Without the attorney's help, representing myself pro se may consume long period of time to prepare defense document. |

   3. When do you expect to complete *your* discovery efforts?

      | Plaintiff | Defendant |
      |---|---|
      | 8/31/15. See comments below. | 9/30/15 |

   4. What additional discovery do you require to prepare for trial?

      | Plaintiff | Defendant |
      |---|---|
      | Document production, interrogatories, requests for admission and depositions | Unknown |

C. **TRIAL TIME**:

   1. What is your estimate of the time required to present *your side of the case* at trial (*including rebuttal stage if applicable*)?

      | Plaintiff | Defendant |
      |---|---|
      | Approximately 5-7 days | Approximately 5-7 days |

   2. How many witnesses do you intend to call at trial (*including opposing parties*)?

      | Plaintiff | Defendant |
      |---|---|
      | Approximately 15-20 | Approximately 10-15 |

   3. How many exhibits do you anticipate using at trial?

      | Plaintiff | Defendant |
      |---|---|
      | Unknown | Unknown |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 2                                F 7016-1.STATUS.REPORT

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is ☐ is not requested | Pretrial conference ☒ is ☐ is not requested |
| Reasons: | Reasons: |
| To narrow issues for trial. | [None] |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| (date) 09/30/2015 | (date) 09/30/2015 |

E. **SETTLEMENT:**

1. What is the status of settlement efforts?

   The parties met on January 27, 2015 for the initial disclosures meeting pursuant to FRBP 7026 and LBR 7026-1.

2. Has this dispute been formally mediated?     ☐ Yes   ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☒ Yes  ☐ No | ☒ Yes  ☐ No |

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                   Page 3                          F 7016-1.STATUS.REPORT

F.  **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

The discovery in both the pending state court consumer protection action (the "Enforcement Action") and in this adversary proceeding will be the same. To avoid duplicative efforts and to conserve judicial resources, the discovery should be done concurrently with the Enforcement Action, which will take longer due to the nature and complexity of the Enforcement Action and the multiple parties involved. Because discovery will take longer to complete, the trial in this case would not occur until approximately 11/2/2015, possibly later.

Respectfully submitted,

Date: 2/10/15

LOS ANGELES CITY ATTORNEY'S OFFICE
Printed name of law firm

*[signature]*
Signature

WENDY A. LOO, DEPUTY CITY ATTORNEY
Printed name

Attorney for: THE PEOPLE OF THE STATE OF CA

Date: _____

_____
Printed name of law firm

_____
Signature

_____
Printed name

Attorney for: _____

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 4    F 7016-1.STATUS.REPORT

F. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (Use additional page if necessary)

The discovery in both the pending state court consumer protection action (the "Enforcement Action") and in this adversary proceeding will be the same. To avoid duplicative efforts and to conserve judicial resources, the discovery should be done concurrently with the Enforcement Action, which will take longer due to the nature and complexity of the Enforcement Action and the multiple parties involved. Because discovery will take longer to complete, the trial in this case would not occur until approximately 11/2/2015, possibly later.

Respectfully submitted,

Date: _____                                Date: 2/10/15

LOS ANGELES CITY ATTORNEY'S OFFICE               _____
Printed name of law firm                         Printed name of law firm

_____                         /s/ NoSung Pak
Signature                                        Signature

WENDY A. LOO, DEPUTY CITY ATTORNEY                NOSUNG PAK
Printed name                                      Printed name

Attorney for: THE PEOPLE OF THE STATE OF CA       Attorney for: NoSung Pak, Pak's Cabinet

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                Page 4                F 7016-1.STATUS.REPORT

## PROOF OF SERVICE via VARIOUS METHODS

I, RICARDO VILLALOBOS, declare as follows: I am employed in the County of Los Angeles, California. I am over the age of 18 and not a party to the within action. My business address is 200 North Main Street, Suite 920, Los Angeles, CA 90012.

On February 10, 2015, I served the foregoing documents described as: "**JOINT STATUS REPORT [LBR 7016-1(a)(2)]**" on the interested parties in this action by placing a [X] true copy [ ] original copy thereof enclosed in a sealed envelope addressed as follows:

Defendant (In Pro Per)
No Sung Pak dba Pak's Cabinets
6930 Nagle Ave.
North Hollywood, CA 91605

Defendant (In Pro Per)
Jung Ja Pak
6930 Nagle Ave.
North Hollywood, CA 91605

[ x ]    **MAIL** - I caused such envelope to be deposited in the United States mail at Los Angeles, California, with first class postage thereon fully prepaid. I am readily familiar with the business practice for collection and processing of correspondence for mailing. Under that practice, it is deposited with the United States Postal Service on that same day, at Los Angeles, California, in the ordinary course of business. I caused such envelope to be deposited in the mail at Los Angeles, California, with first class postage thereon fully prepaid.

[ ]    **BY PERSONAL SERVICE** - ( ) I delivered by hand, or ( ) I caused to be delivered via messenger service, such envelope to the offices of the addressee with delivery time prior to 5:00 p.m. on the date specified above.

[ x ]    **E-MAIL TRANSMISSION-** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 10, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Amy L Goldman (TR)**    gabriela.garcia@lewisbrisbois.com, agoldman@ecf.epiqsystems.com
- **Wendy A Loo**    wendy.loo@lacity.org
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.go

[ x ]    **Federal** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 10, 2015, at Los Angeles, California.

_____
RICARDO VILLALOBOS