| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| MICHAEL N. FEUER, City Attorney (SBN 111529)<br>TINA HESS, Assistant City Attorney (SBN 143900)<br>WENDY A. LOO, Deputy City Attorney (SBN 176587)<br>JESSICA BROWN, Deputy City Attorney (SBN 211642)<br>LOS ANGELES OFFICE OF THE CITY ATTORNEY<br>200 North Main Street, Suite 920<br>Los Angeles, California 90012<br>Tel: (213) 978-7750<br>Facsimile: (213) 978-7711<br>wendy.loo@lacity.org | |
| ☐  *Individual appearing without attorney*<br>☒  *Attorney for* Plaintiff the People of the State of CA | |

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY  DIVISION

| | |
|---|---|
| In re:<br><br>In re NO SUNG PAK DBA PAK'S CABINETS; JUNG JA PAK,<br><br><br><br>Debtor(s). | CASE NO.:  1:14-bk-13987-AA<br>CHAPTER: 7<br>ADVERSARY NO.: 1:14-ap-01201-AA |
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br><br>Plaintiff(s),<br>vs.<br><br>In re NO SUNG PAK DBA PAK'S CABINETS; JUNG JA PAK,<br><br><br>Defendant. | **NOTICE OF LODGMENT OF SCHEDULING ORDER IN ADVERSARY PROCEEDING** |

PLEASE TAKE NOTE that the order or judgment titled **STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)** was lodged on (*date*) 3/2/15 and is attached.  This order relates to the motion which is docket number 6.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|

MICHAEL N. FEUER, City Attorney (SBN 111529)
TINA HESS, Assistant City Attorney (SBN 143900)
WENDY A. LOO, Deputy City Attorney (SBN 176587)
JESSICA BROWN, Deputy City Attorney (SBN 211642)
LOS ANGELES OFFICE OF THE CITY ATTORNEY
200 North Main Street, Suite 920
Los Angeles, California 90012
Tel: (213) 978-7750
Facsimile: (213) 978-7711
wendy.loo@lacity.org

☐ Debtor(s) appearing without attorney
☒ Attorney for: Plaintiff
THE PEOPLE OF THE STATE OF CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

In re:

NO SUNG PAK dba PAK's CABINETS; JUNG JA PAK,

Debtor(s)

THE PEOPLE OF THE STATE OF CALIFORNIA,

Plaintiff(s)

vs.

NO SUNG PAK dba PAK's CABINETS; JUNG JA PAK,

Defendant(s)

CASE NO.: 1:14-bk-13987-AA

CHAPTER: 7

ADVERSARY NO: 1:14-ap-01201-AA

**STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)**

DATE: 2/25/15
TIME: 10:30 a.m.
COURTROOM: 303
ADDRESS:
U.S. Bankruptcy Court
21041 Burbank Boulevard
Woodland Hills, CA 91367

1. A status conference took place on the date and time indicated above:

2. Parties and counsel were present as reflected in the court record:

3. This matter is disposed of as follows:

   a. ☐ Continued to the following date for a further status conference: *(date)* _____ *(time)* _____

   b. ☐ A joint status report must be filed and served, including a judge's copy, by *(date)*: _____

   c. ☒ The last day to join other parties and to amend pleadings is *(specify date)*: 9/30/15

   d. ☐ The last day for pre-trial motions to be filed and served, including a judge's copy, is *(date)*: _____

   e. ☒ The last date for pre-trial motions to be heard is *(date)*: 10/25/15 at 10:30 a.m.

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2014                    Page 1                    F 7016-1.2.ORDER.STATUS.CONF

f.   ☒   The last day for discovery to be completed, including receiving responses to discovery requests, is
         *(date)*: 9/30/15

g.   ☒   A ☒ pre-trial stipulation or ☐ pre-trial order must be filed and lodged by *(date)* 10/14/15      *(time)* _____
         ☐ No pre-trial stipulation or pre-trial order is required

h.   ☒   A pre-trial conference is set for *(date)* 10/28/15      *(time)* 10:30 a.m.
         ☐ No pre-trial conference is required

i.   ☐   Estimate of time for trial *(specify number of hours)*: _____

j.   ☐   A trial is set for *(date)* _____      *(time)* _____

k.   ☐   The adversary proceeding is dismissed for failure to appear or prosecute
         ☐ with prejudice    ☐ without prejudice

l.   ☐   Notice of next status conference or pre-trial conference date is waived

m.   ☒   Other *(specify)*:  The matter is ordered to mediation.


### 

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
200 North Main Street, Suite 920, Los Angeles, CA 90012.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF SCHEDULING ORDER IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 3/2/15, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Amy L Goldman (TR)**    gabriela.garcia@lewisbrisbois.com, agoldman@ecf.epiqsystems.com
- **Wendy A Loo**    wendy.loo@lacity.org
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On (*date*) __3/2/15_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Alan Ahart
U.S. Bankruptcy Court
21041 Burbank Blvd., room 342
Woodland Hills, CA 91367

Defendants No Sung Pak dba Pak's Cabinets and Jung Ja Pak
6930 Nagle Ave
North Hollywood, CA 91605

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/2/15 | CYNTHIA MARCHENA | |
|--------|------------------|--|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 2                    **F 9021-1.2.ADV.NOTICE.LODGMENT**