| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>MICHAEL N. FEUER, City Attorney (SBN 111529)<br>TINA HESS, Assistant City Attorney (SBN 143900)<br>WENDY A. LOO, Deputy City Attorney (SBN 176587)<br>JESSICA BROWN, Deputy City Attorney (SBN 211642)<br>LOS ANGELES OFFICE OF THE CITY ATTORNEY<br>200 North Main Street, Suite 920<br>Los Angeles, California 90012<br>Tel: (213) 978-7750<br>Facsimile: (213) 978-7711<br>wendy.loo@lacity.org<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Plaintiff<br>THE PEOPLE OF THE STATE OF CALIFORNIA | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**MAR 10 2015**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY Pgarcia   DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>NO SUNG PAK dba PAK's CABINETS; JUNG JA PAK,<br><br>Debtor(s)<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff(s)<br>vs.<br><br>NO SUNG PAK dba PAK's CABINETS; JUNG JA PAK,<br><br>Defendant(s) | CASE NO.: 1:14-bk-13987-AA<br>CHAPTER: 7<br>ADVERSARY NO: 1:14-ap-01201-AA<br><br>**STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)**<br><br>DATE: 2/25/15<br>TIME: 10:30 a.m.<br>COURTROOM: 303<br>ADDRESS:<br>    U.S. Bankruptcy Court<br>    21041 Burbank Boulevard<br>    Woodland Hills, CA 91367 |

1. A status conference took place on the date and time indicated above:
2. Parties and counsel were present as reflected in the court record:
3. This matter is disposed of as follows:

    a. ☐ Continued to the following date for a further status conference:   *(date)* _____   *(time)* _____

    b. ☐ A joint status report must be filed and served, including a judge's copy, by *(date)*: _____

    c. ☒ The last day to join other parties and to amend pleadings is *(specify date)*: 9/30/15

    d. ☐ The last day for pre-trial motions to be filed and served, including a judge's copy, is *(date)*: _____

    e. ☒ The last date for pre-trial motions to be heard is *(date)*: 10/**28**/15 at 10:30 a.m.

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*                                    Page 1                              **F 7016-1.2.ORDER.STATUS.CONF**

f. ☒ The last day for discovery to be completed, including receiving responses to discovery requests, is *(date)*: 9/30/15

g. ☒ A ☒ pre-trial stipulation or ☐ pre-trial order must be filed and lodged by *(date)* 10/14/15     *(time)* _____
   ☐ No pre-trial stipulation or pre-trial order is required

h. ☒ A pre-trial conference is set for *(date)* 10/28/15     *(time)* 10:30 a.m.
   ☐ No pre-trial conference is required

i. ☐ Estimate of time for trial *(specify number of hours)*: _____

j. ☐ A trial is set for *(date)* _____     *(time)* _____

k. ☐ The adversary proceeding is dismissed for failure to appear or prosecute
   ☐ with prejudice    ☐ without prejudice

l. ☐ Notice of next status conference or pre-trial conference date is waived

m. ☒ Other *(specify)*:  The matter is ordered to mediation.

###

Date: March 10, 2015

Alan M. Ahart
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*                              Page 2                              F 7016-1.2.ORDER.STATUS.CONF